MARGARET POLIZZANO ET AL., RESPONDENTS, v. MAPES HOLDING COMPANY, APPELLANT.

Submitted October 25, 1935—Decided January 31, 1936.

For the respondents, *Sidney Finkel.*

For the appellant, *Joseph C. Paul.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Trenchard in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, LLOYD, CASE, BODINE, DONGES, HETFIELD, DEAR, WELLS, WOLFS-KEIL, RAFFERTY, JJ. 11.

*For reversal*—None.